A. Dean Bennett, ISB #7735
Alexandra S. Grande, ISB #9566
Cameron L. McCue, ISB #12329
HOLLAND & HART LLP
800 West Main St., Suite 1750
P.O. Box 2527
Boise, ID 83702-7714
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email: adbennett@hollandhart.com
          asgrande@hollandhart.com
          clmccue@hollandhart.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS MILLER, an individual,<br><br>         Plaintiff,<br>v.<br><br>CAPITOL DISTRIBUTING INC., a domestic corporation,<br><br>         Defendant. | Case No: 1:23-cv-00163-DCN<br><br>**DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1)** |

Defendant Capitol Distributing Inc., by and through their counsel of record, Holland & Hart LLP, hereby moves to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure Rule 12(b)(1).  This motion is supported by the memorandum in support and Declarations of Scott Stom and Matthew Hedberg filed contemporaneously herewith.

DATED this 13th day of November, 2023.

        HOLLAND & HART LLP

        By  */s/ Alexandra S. Grande*
           A. Dean Bennett, of the firm
           Alexandra S. Grande, of the firm
           Cameron L. McCue, for the firm
        Attorneys for Defendant

30857896_v1